Chastain & Afshari, LLP
6909 West Ray Road, Suite 21-16
Chandler, Arizona 85226
Gene Chastain, Arizona State Bar No. 028166
Afshin Afsharimehr, Arizona State Bar No. 031107
Fax: (480) 999-0665
Email: cna@cnalawgroup.com
Telephone: (480) 382-7269

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley, an individual,<br><br>    Plaintiff,<br>vs.<br><br>S4251, LLC, et al.,<br><br>    Defendants. | **Case No.: CV-16-01690-PHX-JJT**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daimeon Mosley hereby voluntarily dismisses this action with prejudice.

   **RESPECTFULLY SUBMITTED** this 14th day of July, 2016

                              **Chastain & Afshari, LLP**

                              By: s/ Gene Chastain
                              Gene Chastain
                              Afshin Afsharimehr
                              6909 West Ray Road, Suite 21-16
                              Chandler, Arizona 85226
                              Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2016, I served the attached document by e-mail the following, who are not registered participants of the CM/ECF System:

S4251, LLC.
c/o Michael Field
7756 East 3rd Street
Scottsdale, AZ 85251
Email: caskets@hotmail.com

s/ Briana A. Sumner